FILED

UNITED STATES COURT OF APPEALS

JUN 30 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARGARET PICUS,<br>on behalf of herself, and<br>on behalf of all others similarly situated,<br><br>　　　　Plaintiff - Petitioner,<br><br>　v.<br><br>WAL-MART STORES, INC; et al.,<br><br>　　　　Defendants - Respondents. | No. 09-80060<br><br>D.C. No. 07-cv-682-PMP<br>District of Nevada,<br>Las Vegas<br><br><br>ORDER |

Before:  PAEZ and TALLMAN, Circuit Judges.

We grant the stipulated motion for an extension of time to file an answer to this petition.  The answer submitted April 14, 2009, has been filed.

The court, in its discretion, denies the petition for permission to appeal the district court's March 16, 2009 order denying class action certification.  *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).

CP/MOATT